No. 86–728. HONIG, CALIFORNIA SUPERINTENDENT OF PUBLIC INSTRUCTION v. DOE ET AL. C. A. 9th Cir. Certiorari granted limited to Questions 1 and 3 presented by the petition.

No. 86–870. PHILLIPS PETROLEUM CO. ET AL. v. MISSISSIPPI ET AL. Sup. Ct. Miss. Motions of Robert E. Longino, Jr., and City of Elizabeth, New Jersey, et al. for leave to file briefs as *amici curiae* granted. Certiorari granted.

No. 86–877. UNITED STATES v. OWENS. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 86–6169. THOMPSON v. OKLAHOMA. Ct. Crim. App. Okla. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 85–2001. EVANS v. ARKANSAS. Ct. App. Ark. Certiorari denied.

No. 86–239. CHEMICAL MANUFACTURERS ASSN. v. NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL.; and

No. 86–608. CHICAGO ASSOCIATION OF COMMERCE & INDUSTRY ET AL. v. NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL. C. A. 3d Cir. Certiorari denied. Reported below: 790 F. 2d 289.

No. 86–532. CITY OF LOS ANGELES ET AL. v. BUTTLER ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 86–565. MANSON, COMMISSIONER, CONNECTICUT DEPARTMENT OF CORRECTIONS v. ALSTON ET AL. C. A. 2d Cir. Certiorari denied.

No. 86–652. MARYLAND v. CLARK. Ct. App. Md. Certiorari denied.

No. 86–680. CLANCY v. DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION. C. A. Fed. Cir. Certiorari denied.